UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                          CASE NO: 2:17-cr-98-FtM-29CM

RYAN WILLIAMSON
_____

### ORDER

This matter comes before the Court on defendant's Motion to Continue (Doc. #24) filed on November 3, 2017. The motion seeks to continue the sentencing currently scheduled for December 4, 2017. The government does not oppose the request.

Accordingly, it is hereby

**ORDERED:**

Defendant's Motion to Continue (Doc. #24) is **GRANTED**. The Clerk is directed to reschedule this matter by separate notice.

**DONE and ORDERED** at Fort Myers, Florida, this 6th day of November, 2017.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record